

*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00429-CR

David **GOAD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 09-0190-CR
Honorable Brenda Chapman, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Chief Justice
              Steven C. Hilbig, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  September 23, 2009

DISMISSED FOR WANT OF JURISDICTION

On August 3, 2009, this court notified appellant that the trial court clerk's record did not contain a final appealable order. *See* TEX. R. APP. P. 27.1 (b) ("[A] notice of appeal is not effective if filed before the trial court makes a finding of guilt or receives a jury verdict."). At that time, appellant was ordered to cause a supplemental clerk's record to be filed, containing a final appealable order, no later than August 13, 2009 or this appeal would be dismissed for lack of jurisdiction based on the non-existence of an appealable order.

No response has been filed by the appellant. Accordingly, this court is without jurisdiction to consider an appeal based on an order that is neither final, nor appealable. We must, therefore, dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 27.1 (b).

PER CURIAM

DO NOT PUBLISH